IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES E. SMITH,

       Plaintiff,                        CV F 08 0584 AWI WMW P

   vs.                               ORDER TO SHOW CAUSE

WARDEN HEDGPETH, et al.,

       Defendant.

Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1). Plaintiff has submitted request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a).

Plaintiff, an inmate in the custody of the California Department of Corrections and Rehabilitation at Kern Valley State Prison, brings this civil rights action against the Warden and other correctional officials at Kern Valley State Prison. Plaintiff claims that his legal mail was interfered with and the money was taken from his mail by correctional staff.

The Prison Litigation Reform Act provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more occasions, while incarcerated or detained in a facility, brought an action or appeal in a court of the United States that was dismissed on the ground that it is frivolous, malicious, or fails to state a claim upon

1  which relief may be granted, unless the prisoner is under imminent danger of serious injury."

2        This plaintiff has, on 3 prior occasions, brought civil actions challenging the
3  conditions of his confinement.   All three action were dismissed as frivolous, or for failure to
4  state a claim upon which relief can be granted.   Among the dismissals suffered by plaintiff that
5  count as strikes under 1915(g) are case numbers 3:06-cv-05992-SI <u>Smith v. Holm</u> (N.D. Cal.)
6  (dismissed 01/22/2007 for failure to state a claim); 1:07-cv-00509-LJO-SMS <u>Smith v. Scribner</u>
7  (E.D. Cal.) (dismissed 05/04/2007 for frivolousness, maliciousness, and failure to state a claim);
8  1:06-cv-00310-AWI-NEW (DLB) PC (E.D. Cal.) (dismissed 05/09/2007 for failure to state a
9  claim); and 1:07-cv-00531-AWI-SMS <u>Smith v. Social Sec. Admin. Office, Employees</u> (E.D.
10 Cal.) (dismissed 05/09/2007 for failure to state a claim).

11       Here, Plaintiff alleges no conduct indicating that he is in imminent danger of
12 serious physical injury.  Plaintiff is therefore not entitled to proceed in forma pauperis.

13       Accordingly, IT IS ORDERED that Plaintiff show cause, within thirty days, why
14 he should not be denied leave to proceed in forma pauperis and directed to pay the filing fee in
15 full.

IT IS SO ORDERED.

Dated:   **June 2, 2008**                              **/s/  William M. Wunderlich**
                                                                        UNITED STATES MAGISTRATE JUDGE