IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SMITH, | 1:08-cv-00584-AWI-WMW-(PC) |
|     Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |
|     vs. | |
| HEDGPETH, et al., | (DOCUMENT #5) |
|     Defendants. | DAY DEADLINE |
| _____/ | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On July 29, 2008, plaintiff filed a motion to extend time to file objections to findings and recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file objections to findings and recommendations..

IT IS SO ORDERED.

**Dated:  July 31, 2008**              /s/  **William M. Wunderlich**
                                                   UNITED STATES MAGISTRATE JUDGE