IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES SMITH,

    Plaintiff,                                          1: 08 CV 0584 AWI WMW PC

    vs.                                                   ORDER RE: FINDINGS & RECOMMENDATIONS (#4)

WARDEN HEDGPETH, et al.,

    Defendants.

_____

        Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

        On July 7, 2008, findings and recommendations were entered, recommending denial of Plaintiff's application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(g). On July 31, 2008, Plaintiff was granted a thirty day extension of time to file objections. Plaintiff has not filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and

proper analysis.

    Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on July 7, 2008, are adopted in full; and
2. Plaintiff's application to proceed in forma pauperis is denied pursuant to 28 U.S.C. § 1915(g).
3. Plaintiff is directed to submit the $350 filing fee, in full, within thirty days of the date of service of this order.  Plaintiff's failure to do so will result in dismissal of this action for failure to prosecute.

IT IS SO ORDERED.

**Dated:   September 9, 2008**      **/s/ Anthony W. Ishii**
                CHIEF UNITED STATES DISTRICT JUDGE